1

2

3

4

5

6

7             UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
8                   AT SEATTLE

9   CHARLES V. FARNSWORTH,              )
                                        )
10              Plaintiff,              )    CASE NO.    C07-204-RSL-MJB
                                        )
11        v.                            )
                                        )
12  WASHINGTON STATE                    )
    SUPREME COURT,                      )    ORDER DISMISSING § 1983 ACTION
13                                      )
                Defendant.              )
14  _____)

15          The Court, having reviewed the Report and Recommendation of the Honorable Monica J.

16  Benton, United States Magistrate Judge, any objections thereto, and the balance of the record, does

17  hereby ORDER:

18          (1)    The Court adopts the Report and Recommendation.

19          (2)    The complaint and this § 1983 action are DISMISSED without prejudice.  *See* 28

20                 U.S.C. § 1915(g).

21          (3)    Plaintiff's application for leave to proceed *in forma pauperis* is DENIED as moot.

22          (4)    The Clerk is directed to send copies of this Order to plaintiff and to Judge Benton.

23          DATED this 5th day of June, 2007.

24

25                                        _____
                                          Robert S. Lasnik
26                                        United States District Judge

ORDER DISMISSING § 1983 ACTION